FILED
CHARLOTTE, NC

JUL 3 0 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

**North Carolina Western**
**MEMORANDUM**

**Date:** July 11, 2012

**To:** The Honorable Frank D. Whitney
U. S. District Judge

**From:** John T. Holiday
U.S. Probation Officer

**Subject:** Darrius L. Walker (Case # 3:95CR5-16-V & 3:95CR162-02)
Subject's Request To Travel To Bahamas, Recreational Purposes

---

This is in reference to the above named individual, who was convicted on 9/8/1995 of Conspiracy to Possess with Intent to Distribute and Distribute a Quantity of Cocaine and Cocaine Base within 1000 feet of a school or playground (21:846) and sentenced to 188 months imprisonment to be followed by 10 years supervised release. The defendant was also convicted on 2/24/1997 of Conspiracy to Possess with Intent to Distribute and Distribute Cocaine and Cocaine Base (21:841(a)(1) and 846) and Possession and Use of a Firearm During and in relation to a Drug Trafficking Crime and Aiding and Abetting and sentenced to: Count 1: 61 months to be served concurrent with sentence in 3:95cr5-V; Count 4: 60 months consecutive to sentence in 3:95cr5-V and consecutive to Count 1 to be followed 96 months supervised release: Count 1: 48 months; Count 2: 48 months concurrent with supervised release in 3:95CR5-V. Special assessment: $100.00 (Paid).

Mr Walker has requested permission to travel to Freeport and Nassau Bahamas for recreational purposes. Mr Walker would like to depart 09/23/2012 and return 09/29/2012. Mr. Walker has provided all the pertinent documentation regarding travel dates and cruise itinerary. Mr. Walker began his supervision on 3/22/2012 and has been full time employed since his release and maintains a second job. The defendant has also remained illicit drug free since his release and has been compliant with all the requests of this officer to date.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact me at 704-578-3475.

(X) Permission to Travel Approved
( ) Permission to Travel Denied
( ) Other

_7/20/2012_
Date

_[signature]_
Signature of Judicial Official